# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| TONYA McCALL § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | Civil Action No. 5:20-cv-895 |
| SAN ANTONIO KIDNEY DISEASE § | |
| CENTER PHYSICIANS GROUP, PLLC § | |
| § | |
| **Defendant.** | |

## ADVISORY TO THE COURT AND NOTICE OF CONFIDENTIAL SETTLEMENT

COMES NOW, Plaintiff Tonya McCall and notifies the Court that the parties in this matter have resolved this matter. The parties are in the process of finalizing the resolution documents and request for entry and approval of a confidential settlement agreement and request for dismissal. The Defendant will file an answer and the settlement agreement will be presented to the court and filed under seal.

        **Respectfully submitted,**

/s/ *Adam Poncio*
**Adam Poncio**
**PONCIO LAW OFFICES**
**A Professional Corporation**
**5410 Fredericksburg Road, Suite 109**
**San Antonio, Texas 78229**
**State Bar No. 16109800**
salaw@msn.com
**210-212-7979**
**210-212-5880 Facsimile**

        **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing instrument has been served on counsel for Defendant in accordance with the Rules of Civil Procedure on August 4, 2020, as follows.

Mr. Ramon D. Bissmeyer
DYKEMA COX SMITH
112 E. Pecan, Suite 1800
San Antonio, Texas 78205
RBissmeyer@dykema.com.

        /s/ *Adam Poncio*
        Adam Poncio