**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

TONYA MCCALL,

    Plaintiff,

v.                                                                  No.  SA-20-CV-00895-JKP

SAN ANTONIO KIDNEY DISEASE CENTER PHYSICIANS GROUP, PLLC,

    Defendant.

### SIXTY-DAY ORDER OF DISMISSAL

Based upon the *Advisory to the Court and Notice of Confidential Settlement* (ECF No. 2), it is apparent that the parties have reached an agreement to settle this case. Accordingly, the Court hereby dismisses all claims by all parties **WITHOUT PREJUDICE** subject to any party moving to reopen within sixty days if settlement is not consummated. Any party may move for an extension of this deadline to allow more time to execute the parties' settlement. If the parties cannot finalize a settlement, any party may move to reopen this action within the deadline imposed herein. If the Court grants such a motion, the case will be reopened as though it had never been closed. Unless the Court extends the deadline or a party moves to reopen the case within the deadline set by this order, this action shall be considered **DISMISSED WITH PREJUDICE**.

It is so ORDERED this 11th day of August 2020.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE